2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

CASE NO. 26-cr-20549

v.

HON. LINDA V. PARKER

D1 - VINCENT JACOBUS MUNSTER,

Defendant.

FILED
SEP 02 2026
CLERK'S OFFICE
DETROIT

______________________________/

**Defendant's Acknowledgment of Indictment**

I, Vincent Jacobus Munster, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

| | |
|---|---|
| Count One: | Not more than 5 years imprisonment; and/or a $250,000 fine; not more than a one-year term of supervised release. |
| Count Two: | Not more than 5 years imprisonment; and/or a $250,000 fine; not more than a one-year term of supervised release. |

Signed by:
Vincent Munster
______________________________
Vincent Jacobus Munster
Defendant

**Acknowledgment of Defense Counsel**

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

09/02/26

Dated:

Mark J. O'Brien
Counsel for Defendant